1010

THE STATE OF WASHINGTON, *Petitioner*, v. HYON TAE KIM, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-02271-5, Marywave Van Deren, J., entered May 16, 1997. *Reversed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Armstrong, J.

*In the Matter of the Marriage of* TERRI L. PACHECO, *Respondent*, and MICHAEL A. PACHECO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-3-01881-2, Brian M. Tollefson, J., entered June 24, 1997. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Armstrong and Hunt, JJ.

CRYSTAL MARIE FLEMING, *Appellant*, v. PAUL BRUCE, ET AL., *Defendants*, ALEX FRENCH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 96-2-02154-1, Robert L. Harris, J., entered July 10, 1997. *Reversed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Bridgewater, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD CHARLES ELLCEY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 97-1-00092-5, H. John Hall, J., entered July 8, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Seinfeld, J.